1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID CHAVEZ, an individual,

      Plaintiff,

      vs.

DOUG HOLLENBECK, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV-14-5097-JTR

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

15      Good cause appearing and no objections having been filed within the time
16 allowed, the undersigned hereby adopts the February 9, 2015 "Report And
17 Recommendation To Close File" (ECF No. 8) filed by Magistrate Judge John T.
18 Rodgers. This file is **CLOSED** because of the Plaintiff's failure to pay the filing fee
19 under 28 U.S.C. § 1914 or to comply with 28 U.S.C. § 1915(a)(2).

20      **IT IS SO ORDERED**. The District Court Executive is directed to enter this
21 order and forward copies to Plaintiff and to Magistrate Judge Rodgers.

22      **DATED** this   4th   day of March, 2015.

23
24               *s/Lonny R. Suko*
25              _____
26              LONNY R. SUKO
              Senior United States District Judge
27
28

**ORDER ADOPTING REPORT
AND RECOMMENDATION-**    **1**